IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

MICHAEL ANTHONY FREEMAN                                              PLAINTIFF

v.                                                          No. 4:19CV156-DAS

MISSISSIPPI DEPARTMENT OF CORRECTIONS
COMMISSIONER PELICIA HALL
CHAPLAIN JOEL HAMMON
DR. MARY ROSS                                                        DEFENDANTS

ORDER SETTING DEADLINE FOR
DEFENDANTS TO RESPOND TO THE
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

This matter comes before the court on the motion by the plaintiff for a preliminary injunction under Fed. R. Civ. P. 65. The plaintiff alleges that his Muslim faith requires him to grow out his hair into dreadlocks. He alleges further that the defendants have threatened to cut off his dreadlocks to bring his hair into compliance with Mississippi Department of Corrections grooming regulations. He seeks a preliminary injunction prohibiting the defendants from cutting his hair, arguing that doing so would violate his right to the free exercise of his religion. Counsel for the Mississippi Department of Corrections ("MDOC") has agreed to accept service of process on behalf of the defendants and appear in the case for the limited purpose of responding to the instant motion. The deadline for the defendants to respond is 14 days from the date of this order.

The plaintiff must acknowledge receipt of this order by signing the enclosed acknowledgment form and returning it to the court within fourteen (14) days of the date of this order. Failure to comply with the requirements of this paragraph may lead to the dismissal of this lawsuit under Rule 41(b), Federal Rules of Civil Procedure, for failure to prosecute and failure to comply with an order of the court.

The plaintiff is warned that failure to keep the court informed of his current address or to comply with the requirements of this order may lead to dismissal of his lawsuit under Fed. R. Civ. P. 41(b), for failure to prosecute and for failure to comply with an order of the court.

**SO ORDERED**, this, the 8th day of January, 2020.

/s/ David A. Sanders
DAVID A. SANDERS
UNITED STATES MAGISTRATE JUDGE