IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**MICHAEL ANTHONY FREEMAN**                                              **PLAINTIFF**

**v.**                                               **No. 4:19CV156-DAS**

**MISSISSIPPI DEPARTMENT OF CORRECTIONS**
**COMMISSIONER PELICIA HALL**
**CHAPLAIN JOEL HAMMON**
**DR. MARY ROSS**                                                 **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the memorandum opinion entered this day, the instant case is therefore **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted, counting as a **"STRIKE"** under 28 U.S.C. § 1915(g). In addition, the plaintiff's motion for a temporary restraining order or preliminary injunction is also **DISMISSED** with prejudice.

**SO ORDERED**, this, the 1st day of May, 2020.

                                                      /s/ David A. Sanders
                                                      DAVID A. SANDERS
                                                      UNITED STATES MAGISTRATE JUDGE